Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

CORY JUSTIN WRIGHT

CASE NO: 13-10031-RLJ-13
HEARING DATE: 12/4/2013
HEARING TIME: 11:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | AMIGO ENERGY | $885.00 | 016 0 U | ANYTIME FITNESS GYM | $635.00 |
| | *Need better address.* | | | | |
| 018 0 U | CAPITAL ONE/FURNITURE ROW | $3,942.00 | 020 0 U | CITIBK MC-BC | $412.00 |
| 021 0 U | DISCOVER FIN | $1.00 | 029 0 U | SPEEDY CASH | $1,188.00 |
| 035 0 U | ZALE/CBSD | $1,621.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 009 0 | GREEN PLANET SERVICING | HOMESTEAD | $0.00 | $136,500.00 | | | PD DIRECT BY DEBTOR |
| 010 0 | CAPITAL ONE AUTO FINANCE | 2008 HONDA CIVIC/SURRENDER | $17,126.00 | $16,620.00 | | | SURRENDERED |
| 011 0 | TAYLOR CO CENTRAL APPRAISAL DISTRICT | 2013 PROPERTY TAXES | $0.00 | $136,500.00 | | | PD DIRECT BY DEBTOR |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 * | INTERNAL REVENUE SERVICE | 2012 INCOME TAXES | $298.00 | | | 36 | $11.04 PAID BY TRUSTEE |
| | *Not provided for in confirmed plan. See modification below.* | | | | | | |
| **UNSECURED GENERAL CREDITORS** | | | | | | | |

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 010 1 U | CAPITAL ONE AUTO FINANCE | $506.00 | 019 0 U | PRA RECEIVABLES MANAGEMENT | $2,122.78 |
| | *SPLIT CLAIM/2008 HONDA CIVIC* | | | *PURCHASES/CAPITAL ONE* | |
| 022 0 U | SALLIE MAE INC | $23,205.14 | 023 0 U | WEBBANK-FINGERHUT | $248.78 |
| | *STUDENT LOAN* | | | *PURCHASES* | |
| | *Late filed claim.* | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 024 0 U | PREMIER BANKCARD /CHARTER LOAN | $479.09 | 025 0 U | CAVALARY PORTFOLIO SERVICE PURCHASES/FURNITURE ROW | $3,956.82 |
| 027 0 U | AAFES / MIL STAR / EXCHANGE PURCHASES | $7,952.39 | 028 0 U | PRA RECEIVABLES MANAGEMENT PURCHASES/ORCHARD BANK | $1,637.55 |
| 031 0 U | SPRINT NEXTEL DISTRIBUTION SERVICES | $790.93 | 033 0 U | USAA FEDERAL SAVINGS BANK PURCHASES | $5,416.81 |
| 034 0 U | AMERICAN INFOSOURCE LP SERVICES | $956.38 | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The Debtor's plan shall treat the priority claim filed by the IRS in the amount of $298.00 with a 36 month term and a $11.04 payment.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 12/4/2013 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 10/4/2013

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
AAFES / MIL STAR / EXCHANGE C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
AARONS RENTALS 3502 CATCLAW DR  ABILENE TX 79605
AD ASTRA REC 8918 W 21ST ST N STE 200 MAILBOX 112 WICHITA KS 67205
AMERICAN INFOSOURCE LP VERIZON PO BOX 248838 OKLAHOMA CITY OK 73124
AMIGO ENERGY 777 POST OAK BLVD STE 700  HOUSTON TX 77056
ANYTIME FITNESS GYM 4762 S 14TH ST  ABILENE TX 79605
CALVARY PORTFOLIO SERVICES ATTENTION: BANKRUPTCY DEPARTMENT 500 SUMMIT LAKE DR STE 400 VALHALLA NY 10595
CAPITAL 1 BANK ATTN BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CAPITAL ONE AUTO FINANCE 3901 N DALLAS PKWY  PLANO TX 75093
CAPITAL ONE AUTO FINANCE 9441 LBJ FREEWAY SUITE 350  DALLAS TX 75243
CAPITAL ONE AUTO FINANCE PO BOX 821209  DALLAS TX 75382
CAPITAL ONE/FURNITURE ROW PO BOX 30253  SALT LAKE CITY UT 84130
CAVALARY PORTFOLIO SERVICE PO BOX 27288  TEMPE AZ 85282
CAVALRY PORTFOLIO SERVICE LLC 500 SUMMIT LAKE DRIVE SUITE 400 VALHALLA NY 10595
CITIBK MC-BC 701 E 60TH ST N  SIOUX FALLS SD 57104
CORY JUSTIN WRIGHT 3102 VINE ST  ABILENE TX 79602
DEPT OF ED/SALLIE MAE PO BOX 9500  WILKES BARRE PA 18773
DISCOVER FIN PO BOX 15316  WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
DIVERSIFIED ADJUSTMENTS DASI - BANKRUPTCY PO BOX 32145 FRIDLEY MN 55432
FINGERHUT 16 MCLELAND RD  SAINT CLOUD MN 56303
FIRST PREMIER BANK 3820 N LOUISE AVE  SIOUX FALLS SD 57107
GREEN PLANET SERVICING PO BOX 660016  DALLAS TX 75266
HSBC NV PO BOX 19360  PORTLAND OR 97280
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 1269 ROUND ROCK TX 78680
MICHAEL REED OR LEE GORDON PO BOX 1269  ROUND ROCK TX 78680
MILITARY STAR PO BOX 830031  BALTIMORE MD 21283
NCO FIN/09 ATTENTION BANKRUPTCY 507 PRUDENTIAL RD HORSHAM PA 19044
PORTFOLIO RC ATTN BANKRUPTCY PO BOX 41067 NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067  NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
SALLIE MAE INC DEPARTMENT OF EDUCATION PO BOX 740351 ATLANTA GA 30374
SPEEDY CASH 8400 E 32ND ST N  WICHITA KS 67226
SPRINT NEXTEL CORRESPONDENCE ATTN  BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207
SPRINT NEXTEL CORRESPONDENCE ATTN: BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207
SPRINT NEXTEL DISTRIBUTION ATTN BANKRUPTCY DEPT PO BOX 3326 ENGLEWOOD CO 80155
SPRINT PO BOX 79357  CITY OF INDISTRY CA 91716
TAYLOR CO CENTRAL APPRAISAL DISTRICT 1534 SOUTH TREADWAY BLVD  ABILENE TX 79602
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
USAA FEDERAL SAVINGS BANK C/O WEINSTEIN & RILEY PO BOX 3978 SEATTLE WA 98124
USAA FEDERAL SAVINGS BANK C/O WEINSTEIN AND RILEY PS 2001 WESTERN AVENUE  STE 400 SEATTLE WA 98121
USAA FEDERAL SAVINGS BANK PO BOX 47504  SAN ANTONIO TX 78265
VERIZON WIRELESS BANKRUPTCY DEPT PO BOX 3397 BLOOMINGTON IL 61702
WEBBANK-FINGERHUT 6250 RIDGEWOOD ROAD  ST CLOUD MN 56303
WEST CENTRAL TX COLL B PO BOX 2586  ABILENE TX 79604
ZALE/CBSD ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
```