# APPENDIX

**Statement of Principal and Interest Due:**

| Principal Due | | | | | | $ | 134,224.73 |
|---|---|---|---|---|---|---|---|
| Interest | Interest Rate | From | To | Amount | | | |
| | 2.750 % | 08/01/2013 | 12/15/2013 | $ | 1,328.05 | | |
| | | | | | | | |
| | | | | | | | |
| Total Interest Due | | | | $ | 1,328.05 | | |
| Total Principal and Interest Due | | | | | | $ | 135,552.78 |

**Statement of Fees, Expenses, and Charges Due:**

| | | |
|---|---|---|
| Late Charges | $ | |
| Non-Sufficient Funds (NFS) | $ | |
| Appraisal/Broker's Price Opinion | $ | |
| Property Inspection Fees | $ | 29.00 |
| Property Preservation Expenses | $ | |
| Tax Advances (non-escrow) | $ | |
| Insurance Advances (non-escrow) | $ | |
| Escrow Shortage of Deficiency | $ | |
| Attorney's Fees | $ | |
| Title Costs | $ | |
| Recording Costs | $ | |
| Trustee Fees | $ | |
| Posting Fees | $ | |
| Filing Fees and Court Costs | $ | |
| Other (*specify*): Title Report: | $ | |
| Other (*specify*): Modification fees | $ | 1,760.50 |
| Suspense Balance/Unapplied Funds (Credits) | $ | - 82.53 |
| Total Fees, Expenses, and Charges | $ | 1,706.97 |

**Post-Petition Payments Due:**

| | | | | | |
|---|---|---|---|---|---|
| Date Last Payment Received | | | | | 12/12/2012 |
| Post-Petition Payment Due Date | | | | | 11/06/2013 |
| Number of Payments | | | | | 5 |
| # of Payments | From | To | Amount | Total | |
| 5 | 09/01/2013 | 1/01/2014 | $ 917.47[1] | $ | 4,587.35 |
| | | | | | |
| | | | | | |
| Total Payments Due | | | | $ | 4,587.35 |

**TOTAL POST-PETITION ARREARAGE DUE:**       **$6,294.32[2]**
**APPROXIMATE PAYOFF FIGURE:**           **$137,259.75[3]**

---

[1] Principal and Interest = $552.93; Escrow = $364.54
[2] 1,706.97 + 4,587.35 = 6,294.32
[3] 135,552.78 + 1,706.97 = 137,259.75