**IN THE UNITED STATES BANKTUPCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO. 13-10031-rlj13** |
| **CORY JUSTIN WRIGHT,** § | |
| Debtor. § | **Chapter 13** |
| § | |
| **GREEN PLANET SERVICING, LLC,** § | |
| Movant, § | **HEARING DATE: March 5, 2014** |
| § | |
| v. § | **TIME: 11:00 AM** |
| § | |
| **CORY JUSTIN WRIGHT, Debtor, and** § | |
| **WALTER O'CHESKEY, Trustee,** § | **JUDGE ROBERT L. JONES** |
| Respondents. § | |

**ORDER LIFTING STAY AS TO DEBTOR**

On this day, Green Planet Servicing, LLC ("Movant") presented *Green Planet Servicing, LLC's Motion for Relief from Stay Against Debtor Cory Justin Wright Regarding Property Located at 3102 Vine Street, Abilene, Texas 79602 Pursuant to 11 U.S.C. § 362(d) and Waiver of Thirty Day Requirement Pursuant to 11 U.S.C.§ 362(e)* (the "Motion") pursuant to 11 U.S.C. § 362(d) and waiver of the thirty (30) day requirement pursuant to 11 U.S.C. § 362(e). The Court finds:

The Motion was properly and timely served on Debtor Cory Justin Wright and no written response has been timely filed, therefore, the Motion should be granted. It is therefore:

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is terminated as to Movant, Green Planet Servicing, LLC, and its successors and assigns, and the following described property:

> Lot 13, Block 11, I.S. Gathright Subdivision, a Replat of Lot 3 and the South 160 Feet of Lot 2, Block 10, Lots 3 through 13 and the South 75 Feet of Lot 14, Ray Patton Subdivision of Block 11, Lots 3 and 4 and the South 175 Feet to Lot 1, and the South 100 Feet of Lot 2, Block 12, and Lot 4 and the South 100 Feet of Lot 1, Block 13, Edgemont Addition to the City of Abilene, Taylor County, Texas, as Shown by Plat Recorded on Plat Cabinet 2, Slide 194-C, Plat Records, Taylor County, Texas, more commonly known as 3102 Vine Street, Abilene, Texas 79602 (the "Property").

It is FURTHER ORDERED that the provision of FED. R. BANKR. P. 4001(a)(3) is waived and Movant, Green Planet Servicing, LLC, its successors and assigns, may immediately enforce and implement this order lifting stay and exercise Movant's rights under the loan documents, including, but not limited to, foreclosure in accordance with the Note and Deed of Trust.

### ### END OF ORDER ###

APPROVED TO FORM AND SUBSTRANCE
AND ENTRY REQUESTED

PRUYN LAW FIRM, PLLC


By: __/s/ Jennine Hovell-Cox__
      Jennine Hovell-Cox, *Of Counsel*
      Texas State Bar No. 24002313
      2311 Canal Street, Suite 124
      Houston, Texas 77003
      (713) 667-2700
      (713) 667-2702 (Facsimile)
      thomas@pruynlawfirm.com

COUNSEL FOR GREEN PLANET SERVICING, LLC