Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
Cory Justin Wright          § CASE NO. 13-10031-RLJ-13
                            §
                            § HEARING DATE: May 7, 2014
DEBTOR(s)                   § HEARING TIME: 11:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: March 25, 2014

Pursuant to 11 USC 1329, the Debtor (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor's Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  February 21, 2013

2. Date of Section 341 Meeting: March 26, 2013

3. First Payment Date:  March 23, 2013

4. Date of Confirmation: May 3, 2013

5. Total Plan Term Prior to this Modification: 36

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   14

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 22

8. Amount of Arrears through the month prior to the date the Modification is filed: $295.00

9. Date plan payments are to resume: May 2014

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $1,680.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $1,870.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $300.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: November 18, 2013-TRCC

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   ☐    Plan payments remain at $_____ per month.
   ☑    INCREASE/DECREASE monthly payment from $150.00 per month to $235.00 per month (must coincide with resume date shown in item 9 above)
   ☑    Extend months from 36 months to 60 months (not to exceed 60 calendar months from month of First Payment Date)
   ☐    Add balloon payment of in month (indicate how the balloon payment will be made)

All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method:

*The arrearages will be absorbed into the plan base and Debtor will be current at the time the modification is set for approval.*

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $235.00 will resume on or before May 2014 for 46 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $6,380.00 to $12,790.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                    $1,980.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:               $10,810.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                       $12,790.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured

creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| Code | Name | Class | Amount | Collateral | Value | Interest | Treatment |
|---|---|---|---|---|---|---|---|
| CF | IRS | P | $298.00 | | | | $11.04 per mo. |
| CT | IRS | P | $298.00 | | | | $5.52 per mo. for remaining plan term |
| A | Green Planet Servicing | S | $7,101.79 | homestead | $7,101.79 | 0% | $154.39 for remaining plan term |

OR
__ Check here if no changes are to be made to creditors.

Note: Changes to any creditors above shall not be effective until the Modification is approved.

## VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

__ Check here if no additional attorney fee has bee added for this Modification of Plan after Confirmation.

## VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): add post-petition mortgage arrears per agreed order

## VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

                              Respectfully submitted,

                              /s/Monte J. White
                              Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Modification of Plan After Confirmation has been served by me on 03/25/2014, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                                         /s/Monte J. White  
                                         Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 13-10031-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Mar 25 15:41:19 CDT 2014 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Taylor CAD<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Ad Astra Rec<br>8918 W 21st St. N Suite 200<br>Mailbox: 112<br>Wichita, KS 67205-1880 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Amigo Energy<br>777 Post Oak Blvd., Ste700<br>Houston, TX 77056-3214 |
| Anytime Fitness Gym<br>4762 S 14th St.<br>Abilene, TX 79605-4733 | Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Cap1-frnrw<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 | Capital One Auto Finance<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Citibk Mc-bc<br>701 E 60th St N<br>Sioux Falls, SD 57104-0432 | Cory Justin Wright<br>3102 Vine St.<br>Abilene, TX 79602-6637 |
| Dept Of Ed-sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Diversified Adjustments<br>DASI-Bankrupcty<br>PO. Box 32145<br>Fridley, MN 55432-0145 |
| Fingerhut<br>16 McLeland Rd.<br>St. Cloud, MN 56303-2198 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Green Planet Servicing<br>P.O. Box 660016<br>Dallas, TX 75266-0016 |
| Green Planet Servicing, LLC<br>c/o Pruyn Law Firm, PLLC<br>2311 Canal, Ste. 124<br>Houston, TX 77003-1556 | Hsbc Nv<br>P.O. Box 19360<br>Portland, Oregon 97280-0360 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Military Star<br>PO Box 830031<br>Baltimore, MD 21283-0031 |

| | | |
|---|---|---|
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Nco Fin-09<br>Attention: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Speedy Cash<br>8400 E. 32nd St. N<br>Wichita, KS 67226-2608 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Verizon Wireless<br>Verizon Wireless Department-Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303-0820 |
| West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Zale-cbsd<br>Attn.: Centralized  Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195-0363 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Fin<br>Po Box15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 |
| Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 |
| Sprint<br>PO Box 79357<br>City of Industry, CA  91716-9357 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Green Planet Servicing, LLC

(d)American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(d)Taylor CAD
co Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

(d)Cory Justin Wright
3102 Vine St.
Abilene, TX 79602-6637

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49