Monte J. White & Associates, P.C.
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Cory Justin Wright | § | CASE NO. 13-10031-RLJ-13 |
| | § | |
| Debtor | § | Hearing on May 1, 2014 |
| | § | 11:00 AM |

Amended NOTICE OF HEARING ON First Modification Of Chapter 13 Plan After Confirmation

COMES NOW Cory Justin Wright, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on First Modification Of Chapter 13 Plan After Confirmation is hereby set to be heard before the Honorable Judge Robert L. Jones, at 11:00 AM, May 1, 2014, in the United States Bankruptcy Court, Room 2201, U.S. Courthouse, 3rd and Pine Street, Abilene, Texas, 79604.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on March 26, 2014 a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 13-10031-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Mar 25 15:41:19 CDT 2014 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Taylor CAD<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Ad Astra Rec<br>8918 W 21st St. N Suite 200<br>Mailbox: 112<br>Wichita, KS 67205-1880 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Amigo Energy<br>777 Post Oak Blvd., Ste700<br>Houston, TX 77056-3214 |
| Anytime Fitness Gym<br>4762 S 14th St.<br>Abilene, TX 79605-4733 | Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Cap1-frnrw<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 | Capital One Auto Finance<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Citibk Mc-bc<br>701 E 60th St N<br>Sioux Falls, SD 57104-0432 | Cory Justin Wright<br>3102 Vine St.<br>Abilene, TX 79602-6637 |
| Dept Of Ed-sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Diversified Adjustments<br>DASI-Bankrupcty<br>PO. Box 32145<br>Fridley, MN 55432-0145 |
| Fingerhut<br>16 McLeland Rd.<br>St. Cloud, MN 56303-2198 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Green Planet Servicing<br>P.O. Box 660016<br>Dallas, TX 75266-0016 |
| Green Planet Servicing, LLC<br>c/o Pruyn Law Firm, PLLC<br>2311 Canal, Ste. 124<br>Houston, TX 77003-1556 | Hsbc Nv<br>P.O. Box 19360<br>Portland, Oregon 97280-0360 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Military Star<br>PO Box 830031<br>Baltimore, MD 21283-0031 |

| | | |
|---|---|---|
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Nco Fin-09<br>Attention: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Speedy Cash<br>8400 E. 32nd St. N<br>Wichita, KS 67226-2608 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Verizon Wireless<br>Verizon Wireless Department-Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303-0820 |
| West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Zale-cbsd<br>Attn.: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195-0363 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Fin<br>Po Box15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 |
| Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 |
| Sprint<br>PO Box 79357<br>City of Industry, CA 91716-9357 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Green Planet Servicing, LLC

(d)American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(d)Taylor CAD
co Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

(d)Cory Justin Wright
3102 Vine St.
Abilene, TX 79602-6637

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49